PROB 12C
(7/93)

# United States District Court

## for the

## Eastern District of Washington

Report Date: April 2, 2013

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 02 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Mark Phillips         Case Number: 2:12CR06058-001

Address of Offender: ███████████████ Moses lake, WA  98837

Name of Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence:  9/17/2009

| | |
|---|---|
| Original Offense: | Conspiracy to Possess with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1), 841 (b)(1)(A)(vii) and 846 |
| Original Sentence: | Prison - 52 Months; TSR - 84 Months |
| Asst. U.S. Attorney: | Not assigned |
| Defense Attorney: | Not assigned |

Type of Supervision:  Supervised Release

Date Supervision Commenced:  2/27/2012

Date Supervision Expires:  2/26/2019

---

## PETITIONING THE COURT

To incorporate the violations contained in this petition with the violations previously reported to the Court on 2/15/2013 and issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 15**: The defendant shall participate in a program of testing and treatment for drug/alcohol abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The cost of the testing and treatment shall be paid by both the defendant and the government in monthly payments as arranged by the probation officer.<br><br>**Supporting Evidence**: On March 26, 2013, Mark Phillips was discharged, unsuccessfully, from substance abuse treatment due to a relapse and unsatisfactory response to treatment. |
| 5 | **Special Condition # 17**: The defendant shall abstain from the use of drugs and alcohol.<br><br>**Supporting Evidence**: On March 19, 2013, Mark Phillips submitted to urine drug testing which provided a positive result for the use of amphetamine and methamphetamine. |

Prob12C
Re: Phillips, Mark
April 2, 2013
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    April 2, 2013

s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

4/2/13

Date