PROB 12C
(7/93)

Report Date: October 15, 2014

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 15 2014

SEAN F. McAVOY, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Mark Phillips                Case Number: 0980 2:12CR06058-001

Address of Offender:            Moses Lake, Washington 98837

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: September 17, 2009

| | |
|---|---|
| Original Offense: | Conspiracy to Possess with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1), 841 (b)(1)(A)(vii) and 846 |
| Original Sentence: | Prison 52 months; TSR - 84 months |
| Asst. U.S. Attorney: | Alexander Carl Ekstrom |
| Defense Attorney: | Rick Lee Hoffman |

Type of Supervision: Supervised Release

Date Supervision Commenced: February 27, 2012

Date Supervision Expires: February 26, 2019

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.<br><br>**Supporting Evidence**: On September 12, 2014, Mark Phillips submitted to urine drug testing which tested positive for the use of methamphetamine. |
| 2 | **Special Condition # 16**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: On October 15, 2014, this officer was notified that Mark Phillips was terminated unsuccessfully from substance abuse treatment on October 9, 2014. |

Prob12C
Re: Phillips, Mark
October 15, 2014
Page 2

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/15/2014

s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

10/15/14
Date