PROB 12C
(7/93)

Report Date:  November 24, 2015

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Mark Phillips                    Case Number: 0980 2:12CR06058-WFN-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 17, 2009

| | |
|---|---|
| Original Offense: | Conspiracy to Possess with Intent to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1), 841 (b)(1)(A)(vii) and 846 |
| Original Sentence: | Prison 52 months; TSR - 84 months |
| Asst. U.S. Attorney: | Pamela J. Byerly |
| Defense Attorney: | Roger Peven |

| |
|---|
| Type of Supervision: Supervised Release |
| Date Supervision Commenced: February 6, 2015 |
| Date Supervision Expires: February 5, 2020 |

## PETITIONING THE COURT

### To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| 2 | **Mandatory Condition #5**: The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. |
| | **Supporting Evidence**: On November 24, 2015, the undersigned officer conducted an unannounced home visit at the offender's residence and conducted a search based on information that he was in possession of a firearm.   During the contact, a .25 caliber handgun was located in the residence in the bathroom.  The firearm was loaded with one round in the chamber. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

Prob12C
**Re: Phillips, Mark**
**November 24, 2015**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    11/24/2015

s/Richard Law

Richard Law
U.S. Probation Officer

THE COURT ORDERS

[  ]    No Action
[X]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    Other

Signature of Judicial Officer

November 24, 2015

Date