PROB 12C
(7/93)

Report Date: December 2, 2015

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Mark Phillips     Case Number: 2:12CR06058-WFN-1

Address of Offender:

Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 17, 2009

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Possess with Intent to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vii) and 846 | |
| Original Sentence: | Prison - 52 months<br>TSR - 84 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Jared C. Kimball | Date Supervision Commenced: February 6, 2015 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: February 5, 2020 |

## PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on November 24, 2015.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

3 & 4     **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

     **Mandatory Condition # 3**: The defendant shall not illegally possess a controlled substance.

     **Supporting Evidence**: On November 24, 2015, during the course of a search of Mark Phillips' residence, approximately 4.5 grams of methamphetamine, packaging materials, and a scale were located.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    11/02/2015

s/Richard Law

Richard Law
U.S. Probation Officer

Prob12C
Re: Phillips, Mark
December 2, 2015
Page 2

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

12/2/15
Date